# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2011

142263

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

THOMAS L. EWALD,
      Plaintiff-Appellant,

v

                                    SC: 142263
                                    COA: 298813
                                    WCAC: 09-000112

GENERAL MOTORS, L.L.C.,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the November 15, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2011                                         _____
                                                     Clerk

t0525